## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAKIVA K. COSTLY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 14-00244** |
| | * | |
| **NISSAN MOTOR** | * | **JUDGE BRIAN A. JACKSON** |
| **COMPANY, LTD; and** | * | |
| **NISSAN NORTH** | * | **MAGISTRIATE STEPHEN C. RIEDLINGER** |
| **AMERICA, INC.** | * | |

**************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, LAKIVA K. COSTLY, who moves this Honorable Court for an Order enrolling Ronnie G. Penton (Louisiana Bar Roll Number 10462), as counsel of record.  The Plaintiff filed the original litigation in 23rd Judicial District Court in her own proper person and now desires for Mover to be enrolled as counsel of record.

This enrollment will not prejudice Defendants, nor will it delay these proceedings in any way.

WHEREFORE, Plaintiff prays that Ronnie G. Penton be allowed to enroll as counsel of record for Plaintiff, LAKIVA K. COSTLY.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:	985-732-5651
FAX:	985-735-5579
E-MAIL:	fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiff
Louisiana Bar Roll Number 10462

### CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

July 8, 2014.

s/Ronnie G. Penton
Ronnie G. Penton