# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAKIVA K. COSTLY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 14-00244 |
| | * | |
| NISSAN MOTOR COMPANY, LTD; and | * * | JUDGE BRIAN A. JACKSON |
| NISSAN NORTH AMERICA, INC. | * * | MAGISTRIATE STEPHEN C. RIEDLINGER |

**************************

## **O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Ronnie G. Penton with The Penton Law Firm be allowed to enroll as counsel of record for Plaintiff, Lakiva K. Costly, in the above entitled and numbered cause.

Signed in Baton Rouge, Louisiana, this _____ day of July, 2014.

_____
J U D G E