
Read & Filed on 2/24/17 in open court

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LAKIVA K. COSTLY            CIVIL ACTION

VERSUS

NISSAN MOTOR COMPANY, LTD       NUMBER 14-244-SDD-RLB
AND NISSAN NORTH AMERICA, INC.

## VERDICT FORM

**WE THE JURY find as follows:**

1. Do you find by a preponderance of the evidence that the subject 2007 Infiniti G35S deviated in a material way from the Defendant's specifications or performance standards for the product, or from otherwise identical products manufactured by the Defendant?

    Yes _____     No ___✓___

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, please sign and date this form and notify the CSO.

2. Do you find by a preponderance of the evidence that the injury which Bridget Desselle suffered was proximately caused by a characteristic of the subject 2007 Infiniti G35S which existed at the time the product left the Defendant's control and made it unreasonably dangerous?

    Yes _____     No _____

If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, please sign and date this form and notify the CSO.

Document Number: 37547

3. Do you find by a preponderance of the evidence that the injury which Bridget Desselle suffered arose from a reasonably anticipated use of the subject 2007 Infiniti G35S by the driver, Bridget Desselle?

Yes _____ No _____

If you answered "Yes" to Question 3, proceed to Question 4. If you answered "No" to Question 3, please sign and date this form and notify the CSO.

4. Do you find by a preponderance of the evidence that there was actual damage to Bridget Desselle's person or property?

Yes _____ No _____

If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No" to Question 4, please sign and date this form and notify the CSO.

5. Do you find by a preponderance of the evidence that Bridget Desselle was at fault for her operation of the subject 2007 Infiniti G35S?

Yes _____ No _____

If you answered "Yes" to Question 5, proceed to Question 6. If you answered "No" to Question 5, please proceed to Question 7.

6. What percentage of fault do you assign to each individual or entity for the damages claimed by Plaintiff? (must add up to 100%).

Bridget Desselle _____%
Nissan _____%

After answering Question 6, please proceed to Question 7.

7. What amount of money, if any, do you find by a preponderance of the evidence will fairly and adequately compensate Bridget Desselle for the damages she sustained before her death?

    Pre-Impact Fear, Fright, or Mental Anguish     $_____

After answering Question 7, please proceed to Question 8.

8. What amount of money, if any, do you find by a preponderance of the evidence will fairly and adequately compensate Lakiva Costly for the damages she sustained as a result of Bridget Deselle's death?

Answer in dollars and cents for the following items and none other:

    Loss of love, affection and companionship,
    Grief and mental anguish     $_____

    Funeral/Burial Expenses     $_____

**SO SAY WE ALL:**

Feb 24, 2017
DATE

_[signature]_
FOREPERSON

Page 3 of 3